UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Tim Davis,

        Plaintiff,

Case No. 15-cv-2455 SRN/FLN

v.

ORDER

James Street,

        Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 20, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is REMANDED to the Ramsey County Conciliation Court.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 9, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge